

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00830-CR

Joseph Lester **GREEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 11-06-10686-CR
Honorable Camile G. DuBose, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED, and the case is REMANDED to the trial court for a new trial.

SIGNED May 28, 2014.

_____
Rebeca C. Martinez, Justice